IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADWAY PINE BRANDS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>OATSLIKEME, *et al*.,<br><br>      Defendants. | Civil Action No. 23-1750<br><br>**(Judge Ranjan)** |

  AND NOW, this _____ DAY of _____, 2023, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Attachment "A" for failure to plead or otherwise defend.

                     _____
                     Clerk